IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KENARD SINGH,

      Petitioner,

v.                                                                                    Case No.  5D18-3003

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 12, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Rachel E. Reese, O'Brien Hatfield, P.A.,
Tampa, for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 13, 2018 order denying motion for postconviction relief rendered in Case No. 2012-CF-0886, in the Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


EVANDER, BERGER and WALLIS, JJ., concur.